**Order entered July 30, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00856-CV

## IN RE STEPHEN B. HOPPER AND LAURA S. WASSMER, Relators

**Original Proceeding from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-11-03238-1**

## ORDER

Before Justices Lang-Miers, Fillmore, and Stoddart

Before the Court is relators' petition for writ of mandamus. In the petition, relators request that this proceeding be consolidated into cause number 05-18-00558-CV, *Stephen B. Hopper and Laura S. Wassmer v. John Malesovas, d/b/a Malesovas Law Firm, and Fee, Smith, Sharp, & Vitullo, LLP*.

We **GRANT** the request to consolidate and **ORDER** cause number 05-18-00856-CV **CONSOLIDATED** into cause number 05-18-00558-CV. We **DIRECT** the Clerk of Court to remove all documents from cause number 05-18-00856-CV and refile them in cause number 05-18-00558-CV and to treat cause number 05-18-00856-CV as a closed case. We **ORDER** that all future pleadings be filed in and bear only cause number 05-18-00558-CV.

We **DIRECT** appellees / real parties in interest to include their responses, if any, to the petition for writ of mandamus in their appellees' brief in 05-18-00558-CV, which is due **August 15, 2018**.

/s/     ELIZABETH LANG-MIERS
        JUSTICE